*Fred Lichtmacher*
*The Law Office of Fred Lichtmacher P.C.*
*116 West 23rd Street Suite 500*
*New York, New York 10011*
*(212) 922-9066*
*empirestatt@aol.com*

July 10, 2019

**BY ECF**
Honorable Judge Denise L. Cote
United State District Judge
Southern District of New York

                                      Re: McCurdy v. City of New York et al
                                              17-CV-5168

Your Honor:

      I represent the plaintiff in the above-entitled civil rights cause of action.

      The Court has scheduled a trial of this case on July 22, 2019. However, on July 9, 2019, I was diagnosed with a stroke and was hospitalized for further medical treatment. Due to my health condition, it is very unlikely I could provide my client with competent and effective representation in such a short time.

      We have contacted the adversary counsel and he consented this adjournment of trial.

      Therefore, we respectfully request the trial currently scheduled for July 22, 2019 at 9:30 a.m. be adjourned.

                                                            Respectfully submitted,

                                                             /s/

                                                         Fred Lichtmacher

cc:     Assistant Corporation Counsel
           Keapuni Akina